# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 8, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

157788-90

*In re* LETTS, Minors.

SC: 157788; 157790
COA: 337432; 338755
Ingham CC Family Division:
15-001269-NA; 15-001270-NA

_____/

*In re* LETTS, Minors.

SC: 157789
COA: 338619
Ingham CC Family Division:
15-001271-NA; 15-001272-NA

_____/

On order of the Court, the application for leave to appeal the April 19, 2018 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 8, 2018



Clerk

d0605